## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| ST. ALEXIUS MEDICAL CENTER, | ) | |
| | ) | FILED: JULY 28, 2008 |
| Plaintiff, | ) | 08CV4266 |
| | ) | |
| vs. | ) CASE NO. | JUDGE ASPEN |
| | ) | MAGISTRATE JUDGE BROWN |
| | ) | |
| DURACO PRODUCTS, INC. and | ) | TC |
| DURACO PRODUCTS GROUP HEALTH | ) | |
| PLAN | ) | |
| | ) | |
| Defendants. | ) | |

### CORPORATE DISCLOSURE STATEMENT AND
### NOTIFICATION AS TO AFFILIATES DISCLOSURE STATEMENT

NOW COMES the Plaintiff, ST. ALEXIUS MEDICAL CENTER (hereinafter, "St. Alexius"), and files this Corporate Disclosure Statement and Notification as to Affiliates Disclosure Statement pursuant to Fed.R.Civ.P. 7.1 and Loc.R. 3.2, stating as follows:

1. The Plaintiff, St. Alexius, an Illinois not-for-profit corporation, has no parent corporation and is not publicly held.

2. The Plaintiff, St. Alexius, has no publicly held Affiliates as defined by Loc.R. 3.2.

    Respectfully submitted,

    /s/ David H. Moon
    David H. Moon
    Illinois ARDC # 6231150

POWERS & MOON, LLC
Attorneys for Plaintiff
707 Lake Cook Rd., Suite 102
Deerfield, IL  60040
(847) 412-1274
Fax: (847) 412-1570